AO 91 (Rev 8/01) Criminal Complaint

United States Courts
Southern District of Texas
FILED
*May 18, 2019*
David J. Bradley, Clerk of Court

# United States District Court

SOUTHERN DISTRICT OF TEXAS

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Mauricio Osvaldo Montecino-Ayala

**CRIMINAL COMPLAINT**

Case Number: M-19-1145-M

IAE   YOB: 1971
El Salvador
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 17, 2019__ in __Starr__ County, in the __Southern__ District of __Texas__

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Mauricio Osvaldo Montecino-Ayala was encountered by Border Patrol Agents near Roma, Texas on May 17, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 17, 2019, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on March 01, 2019 through Houston, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On October 14, 2010, the defendant was convicted of Theft of Property greater than or equal to $20K less than $100K and sentenced to ten (10) years probation.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on May 18, 2019.

Continued on the attached sheet and made a part of this complaint: [ ] Yes [X] No

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on: @ 2:59 pm

/s/ Nicolas Cantu, Jr.
Signature of Complainant

Nicolas Cantu, Jr.   Border Patrol Agent

May 18, 2019

J Scott Hacker, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer